**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge John L. Kane**

Civil Action No. 08-cv-00544-AP

**BARBARA STILES,**

    Plaintiff,

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

    Defendant.

___

**ORDER**
___

THE MATTER before the Court is Plaintiff's Motion For Good Cause For Late Filing of Complaint, dated July 22, 2008, which is unopposed by the Commissioner.

The Court, having reviewed the motion, hereby

**ORDERS** that the Plaintiff be allowed to proceed with her civil action pursuant to FED.R.CIV.P. 60. The pending Motion to Dismiss (Doc. 4), which is premised on the untimeliness of Plaintiff's Complaint, is **DENIED** as **MOOT**.

DATED: July 23, 2008.

                                               **s/John L. Kane**
                                               SENIOR U.S. DISTRICT JUDGE