IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-00544-AP**

**BARBARA STILES,**

> Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

> Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Defendant's Motion to Alter or Amend Order (Doc. 13) is treated as a Motion for Reconsideration and is **GRANTED**. The July 23 Order granting Plaintiff's Motion for Good Cause for Late Filing of Complaint (Doc. 11) and denying Defendant's Motion to Dismiss (Doc. 12) as moot is **VACATED** so that briefing on Plaintiff's Motion – which the court now understands is opposed – may be had. Defendant's response is due on or before August 13, 2008. Plaintiff's reply is due one week later on August 20th. The parties are advised that, in the absence of binding authority to the contrary, the Court is disinclined to treat the late filing as jurisdictional under the facts and circumstances of this case.

Dated: August 5, 2008