IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-544-AP**

**BARBARA STILES,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER OF DISMISSAL

Kane, J.

This matter is before the court on Defendant's Motion to Dismiss Plaintiff's Complaint (doc. #4), filed May 21, 2008. A number of motions, orders and responses have been filed in this case since the underlying motion was filed, and all of those filings have been taken into consideration. The court finds that more than sixty days elapsed between the notice from the Appeals Council and the date of the filing of this action. It appears, therefore, that the initiation of this action was not timely. The 60-day time limitation is strictly enforced and this court is without authority to do otherwise than to grant the Motion to Dismiss. It is, therefore

ORDERED that this civil action is DISMISSED for the reasons stated above.

Dated this 4th day of December, 2008.

                                                  BY THE COURT:

                                                  ***S/John L. Kane***
                                                  John L. Kane, Senior Judge
                                                  United States District Court